J S -6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RANDY A. W.,

         Plaintiff,

  v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

         Defendant.

Case No. 5:20-cv-02052-KES

JUDGMENT

IT IS HEREBY ADJUDGED that, for the reasons set forth in the
Memorandum Opinion and Order, the decision of the Commissioner of the Social
Security Administration is reversed and this matter is remanded for further
proceedings consistent with the Opinion.

DATED:  May 13, 2022

_____
KAREN E. SCOTT
United States Magistrate Judge

1